IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TIMOTHY EDWARD STRONG, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | |
| STATE OF TEXAS, ) | |
| ) | |
| Respondent. ) | Civil Action No. 3:18-CV-3329-C-BK |

## ORDER

The Court has reviewed the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, filed January 16, 2019. Petitioner failed to file any objection.

It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation is hereby **ADOPTED** as the findings and conclusions of the Court.

For the reasons stated in the thorough and well-reasoned Findings, Conclusions, and Recommendation, Petitioner's Motion for Time Extension to File a Petition Under 28 U.S.C. § 2254 is **DISMISSED WITHOUT PREJUDICE** for want of prosecution.

All relief not expressly granted by this Order is **DENIED**.

SO ORDERED this 8th day of February, 2019.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE